# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:13-CR-170** |
| v. : | **(Chief Judge Conner)** |
| **JAMES O. PAYNE,** : | |
| Defendant : | |

## ORDER

AND NOW, this 22nd day of November, 2019, upon consideration of the motion (Doc. 59) filed *pro se* by defendant James O. Payne ("Payne") requesting a judicial recommendation pursuant to 18 U.S.C. § 3621(b)(4) that he be placed in a reentry program for the maximum authorized period of 12 months, and it appearing that the Bureau of Prisons ("BOP") "shall, to the extent practicable, ensure that a prisoner serving a term of imprisonment spends a portion of the final months of that term (not to exceed 12 months), under conditions that will afford that prisoner a reasonable opportunity to adjust to and prepare for the reentry of that prisoner into the community," 18 U.S.C. § 3624(c)(1), and that, under the relevant BOP program statement, an inmate may be referred to a reentry program or halfway house for "up to 180 days, with placement beyond 180 days highly unusual, and only possible with extraordinary justification," BOP PROGRAM STATEMENT 7310.04, Community Corrections Center (CCC) Utilization and Transfer Procedure, at 8 (1998), and it further appearing that the position of the sentencing judge on the matter is one factor considered by the Regional Director of the BOP in making a referral determination, see id., and the court having reviewed the record in the

above-captioned matter as well as the arguments and the exhibits supplied by Payne, and finding that Payne will benefit from an extended period of community confinement beyond the 6-month minimum traditionally granted by the Bureau of Prisons, it is hereby ORDERED that Payne's motion (Doc. 59) is GRANTED and it is RECOMMENDED that the Regional Director of the BOP, subject to the BOP's assessment and bed space determination, extend the reentry program or halfway house referral for Payne to a period greater than six months.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania